UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

MIRIAM HART,
     Plaintiff,

-vs.-                             **DEMAND FOR JURY TRIAL**


OLIVER ADJUSTMENT COMPANY, INC.,
     Defendant.

_____

## COMPLAINT & JURY DEMAND

Plaintiff, Miriam Hart, through counsel, Nitzkin and Associates, by Gary Nitzkin states

the following claims for relief:


## JURISDICTION

1.  This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15

    U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

2.  This court may exercise supplemental jurisdiction over the related state law claims

    arising out of the same nucleus of operative facts which give rise to the Federal law

    claims.


## PARTIES

3.  The Defendant to this lawsuit is Oliver Adjustment Company which is a Wisconsin

    company that maintains registered offices in Oakland County.

## VENUE

4.  The transactions and occurrences which give rise to this action occurred in Alachua

    County.

5.  Venue is proper in the Eastern District of Michigan.

## GENERAL ALLEGATIONS

6.  Defendant is attempting to collect a consumer type debt allegedly owed by Plaintiff for a

    hospital bill in the amount of $704.00.

7.  Defendant first contacted Plaintiff through a letter dated June 24, 2011.

8.  Defendant is calling Plaintiff about three times a day on Plaintiff's cell phone.

9.  Plaintiff is self employed and works at home.

10.  Defendant is calling Plaintiff while she is working and disrupting her day.

11. Sometime in June 2011, Plaintiff asked Defendant to stop calling her cell phone while

    she was working. She told Defendant that she is self employed and asked them to call her

    after 5:00 p.m.

12. To date, Defendant has ignored Plaintiff's request to stop calling her during working

    hours and Defendant continues to call Plaintiff on her cell phone while she is at work

    before 5:00 p.m.

## COUNT I - FAIR DEBT COLLECTION PRACTICES ACT

13. Plaintiff reincorporates the preceding allegations by reference.

2

14. At all relevant times Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

15. Plaintiff is a "consumer" for purposes of the FDCPA and the account at issue in this case is a consumer debt.

16. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

17. Defendant's foregoing acts in attempting to collect this alleged debt violated 15 U.S.C. §1692 et. seq;

18. The Plaintiff has suffered damages as a result of these violations of the FDCPA.

## COUNT II - VIOLATION OF THE MICHIGAN OCCUPATIONAL CODE

19. Plaintiff incorporates the preceding allegations by reference.

20. Defendant is a "collection agency" as that term is defined in the Michigan Occupational Code ("MOC"), M.C.L. § 339.901(b).

21. Plaintiff is a debtor as that term is defined in M.C.L. § 339.901(f).

22. Defendant's foregoing acts in attempting to collect this alleged debt violated MCL §339.915

23. Plaintiff has suffered damages as a result of these violations of the Michigan Occupational Code.

24. These violations of the Michigan Occupational Code were willful.

## COUNT III - VIOLATION OF THE MICHIGAN COLLECTION PRACTICES ACT

25. Plaintiff incorporates the preceding allegations by reference.

26.  Defendant is a "Regulated Person" as that term is defined in the Michigan Collection

Practices Act  ("MCPA"), at MCL § 445.251.

27. Plaintiff is a "Consumer" as that term is defined at MCL § 445.251.

28. Defendant's foregoing acts in attempting to collect this alleged debt violated MCL

§445.252

29. Plaintiff has suffered damages as a result of these violations of the MCPA.

30. These violations of the MCPA were willful.

# DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action.

# DEMAND FOR JUDGMENT FOR RELIEF

Accordingly, Plaintiff requests that the Court grant him the following relief against the

defendant:

a.  Actual damages.

b.  Statutory damages.

c.  Treble damages.

d.  Statutory costs and attorney fees.

Respectfully submitted,


/s/ Gary Nitzkin

November 16, 2011          GARY D. NITZKIN  P41155
                          MICHIGAN CONSUMER CREDIT LAWYERS
                          Attorneys for Plaintiff
                          22142 West Nine Mile Road
                          Southfield, MI 48033
                          (248) 353-2882
                          Fax (248) 353-4840
                          Email – gary@micreditlawyer.com